| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 3:06cr297-MHT |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:14-00085-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Middle District of Alabama | Eastern |
| | NAME OF SENTENCING JUDGE | |
| LOYD FRANK LAWING, JR. | Honorable Myron H. Thompson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | 9/24/2012 | 9/23/2015 |

OFFENSE
Wire Fraud----18 USC 1343
Personal Income Tax Evasion----26 USC 7201
Fraudulent Conversion of a Small Business Administration Loan----15 USC 645(c)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT OF ___ALABAMA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 22, 2014
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT OF ___TENNESSEE___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-21-14
_____
Effective Date

_____
United States District Judge